**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-1762

JOSEPH THOMAS REVELS,

Plaintiff - Appellant,

versus

HARDWIRE, LLC,

Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:05-cv-03244-RDB)

Submitted:  December 14, 2006      Decided:  December 18, 2006

Before MICHAEL, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Joseph Thomas Revels, Appellant Pro Se.  Gary Bruce Eidelman, Devin John Doolan, Jr., SAUL EWING, LLP, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Joseph Thomas Revels appeals the district court's order granting summary judgment to defendant on his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Revels v. Hardwire, No. 1:05-cv-03244-RDB (D. Md. filed June 14, 2006 & entered June 15, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED